```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                          2/10/2023

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY:      JB       DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KAELEN JACOBKEALI WENDEL and MICHAEL VILLAPANIA,<br><br>   Defendants. | CR  2:23-cr-00060-MEMF<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death and Serious Bodily Injury] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

On or about October 19, 2022, in Santa Barbara County, within the Central District of California, defendants KAELEN JACOBKEALI WENDEL and MICHAEL VILLAPANIA, each aiding and abetting the other, knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug controlled substance, the use of which resulted in the

//

//

serious bodily injury of J.V. and the death and serious bodily injury of E.E.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Deputy Chief, General Crimes Section

SURIA M. BAHADUE
Assistant United States Attorney
Criminal Appeals Section